EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSEPH TACOPINA,

                        Plaintiff,

        -against-

MICHAEL O'KEEFFE, DAILY NEWS, L.P.,
and TIMOTHY C. PARLATORE,

                        Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 09/08/2015

14 **CIVIL** 8379 (PAC)

# JUDGMENT

      Defendants having moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim and Defendant Paraltore having moved for sanctions against Plaintiff and Plaintiff's attorney, Judd Burstein, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on September 4, 2015, having rendered its Opinion & Order (Doc. #45) granting Defendants' motions to dismiss the Complaint and denying Defendant Parlatore's motion for sanctions; and directing the Clerk to enter judgment and close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 4, 2015, Defendants' motions to dismiss the Complaint are granted and  Defendant Parlatore's motion for sanctions is denied; accordingly, the case is closed.

**Dated:** New York, New York
       September 8, 2015

                                **RUBY J. KRAJICK**
                                  **Clerk of Court**

        **BY:**     K. Mango

                                  **Deputy Clerk**